# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JAMES DICKEY, | ) | |
| Plaintiff | ) | |
| | ) | Civil Action No. 1:16-cv-11621-LTS |
| V. | ) | |
| | ) | |
| CITY OF BOSTON, et al., | ) | |
| Defendants | ) | |

## ORDER OF DISMISSAL

SOROKIN, D.J.

Pursuant to Rule 41.1 of the Local Rules of this Court and in accordance with the Notice issued on  December 20, 2016 (CM/ECF No. 6) , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

January 12, 2017                             /s/ Mariliz Montes
    Date                                          Deputy Clerk

Notice mailed:

James Dickey
8 Newbridge Road
Sudbury, MA 01776